IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PICKHOLTZ, an individual residing in California, and 353 PATENT LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>WIBU-SYSTEMS AG, a German corporation, WIBU-SYSTEMS USA, INC., a Washington corporation, and GRIFFIN TECHNOLOGIES, LLC, a Kansas Limited Liability Company,<br><br>Defendants. | No. C 05-03661 WHA<br><br>**ORDER RE PLAINTIFF'S COUNSEL'S LETTER OF JANUARY 27, 2006** |

With respect to Mr. Yu's letter dated January 27, 2006. the request is **DENIED**. The point made by the Court is that Mr. Pickholtz is not just counsel of record, he is a direct litigant-party himself and has brought at least two other patent actions. As a party in interest, he should not have access to sensitive materials and he should not see material marked for counsel's eyes only. The Court is unaware of any ethical lapse by Mr. Pickholtz in the prior case before the undersigned.

**IT IS SO ORDERED.**

Dated: January 30, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE