| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | DAVID C. BOHRER (SBN 212397) |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, California  94306-2122 |
| | Tel:  650.843.7514 |
| 4 | Fax:  650.843.4001 |
| | E-mail:  dbohrer@morganlewis.com |
| 5 | |
| | JOHN V. GORMAN |
| 6 | Admitted *pro hac vice* |
| | 1701 Market Street |
| 7 | Philadelphia, PA 19103 |
| | Tel:  215.963.5157 |
| 8 | Fax: 215.963.5000 |
| | E-mail:  jgorman@morganlewis.com |
| 9 | |
| | Attorneys for Defendants |
| 10 | **WIBU - Systems AG, WIBU - Systems USA, Inc.** |
| | **and Griffin Technologies, LLC** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW PICKHOLTZ, an individual residing in California, 353 Patent LLC, a Delaware Limited Liability Company, | Case No. 3:05 CV 03661 WHA (JCS) |
| | [~~PROPOSED~~] ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER |
| Plaintiffs, | |
| vs. | Date:      January 25, 2006 |
| | Time:     9:00 a.m. |
| WIBU - Systems AG, a German Corporation, WIBU - Systems USA, Inc., a Washington Corporation, Griffin Technologies, LLC a Kansas Limited Liability Company, | Before:   Hon. William H. Alsup |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER;
CASE NO.: 05 CV 03661 WHA (JCS)

1-PA/3573903.1

This cause coming on Motion for Protective Order brought by Defendants, WIBU - Systems AG, WIBU - Systems USA, Inc., Griffin Technologies, LLC, and the Court having considered written and oral argument, hereby rules as follows:

1. On or before February 1, 2006, each Defendant shall identify all of their U.S. customers, including name and current address information, for sales made during the period September 12, 1999 through June 3, 2003, including without limitation production of all unredacted invoices.

2. The above disclosures shall be stamped with the legend "ATTORNEYS' EYES ONLY PER JANUARY 25, 2006 HEARING," such that they may only be disclosed to Plaintiff's counsel, Mr. Gregory Yu, and his internal staff, who may only use such information for pursuing a recovery for infringement of the '353 Patent. There shall be no disclosure of any of this information to Andrew Pickholtz without first obtaining leave of Court or consent of Defendants.

3. Plaintiffs Andrew Pickholtz and 353 Patent LLC, their counsel, agents and representatives, may not contact Defendants' customers without first obtaining leave of Court or with consent of Defendants.

4. On or before February 3, 2006, a declaration shall be served on Plaintiffs by a principal of each of the Defendants stating whether any correspondence or communication has taken place between any Defendants' principals or professional staff and any of Defendants' customers on the subject of U.S. Patent No. 4,593,353.

5. As to the noticed depositions of Defendants during the week of February 6, 2006, Defendants shall respond to non-privileged questions on the above subject matter of customers of Defendants.

IT IS SO ORDERED.

Dated: _____1/30_____, 2006       _____
                                   HON. WILLIAM ALSUP
                                   UNITED STATES DISTRICT COURT JUDGE



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER;
CASE NO.: 05 CV 03661 WHA (JCS)

2

1-PA/3573903.1