UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PICKHOLTZ, ET AL., | No. C-05-3661 WHA (JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING PLAINTIFFS' REQUEST TO BE EXCUSED FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE OR, ALTERNATIVELY, TO ALLOW APPEARANCE BY TELEPHONE** |
| WIBU-SYSTEMS AG, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiffs' Request to Excuse In-House Representative of Co-Plaintiff 353 Patent LLC from Personal Appearance or, Alternatively, to Allow Appearance by Telephone at the upcoming Settlement Conference on February 6, 2006. The Court has also received a copy of Defendants' Objection to Plaintiffs' Request to Excuse 353 Patent LLC from Personally Appearing at Settlement Conference.

IT IS HEREBY ORDERED that Plaintiffs' Request is DENIED.

IT IS SO ORDERED.

Dated: January 31, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge