**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PICKHOLTZ, an individual residing in California, and 353 PATENT LLC, a Delaware Limited Liability Company, | No. C 05-03661 WHA |
| Plaintiffs, | **ORDER EXTENDING DEADLINE FOR SEEKING LEAVE TO ADD NEW PARTIES OR TO AMEND THE PLEADINGS** |
| v. | |
| WIBU-SYSTEMS AG, a German corporation, WIBU-SYSTEMS USA, INC., a Washington corporation, and GRIFFIN TECHNOLOGIES, LLC, a Kansas Limited Liability Company, | |
| Defendants. | |

For good cause shown, this order **GRANTS** plaintiff's request for an extension of the deadline to seek leave to add new parties or to make pleading amendments. The new deadline is **FEBRUARY 13, 2006**. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: February 7, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE