IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PICKHOLTZ, an individual residing in California, and 353 PATENT LLC, a Delaware Limited Liability Company,<br><br>  Plaintiffs,<br><br>  v.<br><br>WIBU-SYSTEMS AG, a German corporation, WIBU-SYSTEMS USA, INC., a Washington corporation, and GRIFFIN TECHNOLOGIES, LLC, a Kansas Limited Liability Company,<br><br>  Defendants.<br>_____/ | No. C 05-03661 WHA<br><br>**REQUEST FOR STIPULATED DISMISSAL** |

The Court is in receipt of the minute order issued by Magistrate Judge Joseph C. Spero on February 9, 2006 indicating that the parties have fully settled this matter. The Court requests that the parties submit a stipulated dismissal of this matter by **NOON ON FEBRUARY 20, 2006** so that the Court can close the file.

**IT IS SO ORDERED.**

Dated: February 13, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE