```
1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA  94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs
           ANDREW PICKHOLTZ
6        and 353 PATENT LLC

7  Andrew Pickholtz (State Bar No. 145585)
   1464 Church Street
8  San Francisco, CA  94131
   Telephone: (415) 206-0112
9  E-mail:  andrew [at] pickholtz [dot] com

10 Attorney for Plaintiff
           ANDREW PICKHOLTZ
11
   John V. Gorman, Esq. (pro hac vice)
12 MORGAN, LEWIS & BOCKIUS
   1701 Market Street
13 Philadelphia, PA  19103
   Telephone:  (215) 963-5157
14 Facsimile:  (215) 963-5000
   E-mail:  jgorman@morganlewis.com
15 Attorneys for Defendants WIBU-Systems AG,
   WIBU-Systems USA, Inc., and Griffin
16 Technologies LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW PICKHOLTZ, an individual residing in California, and 353 PATENT LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>WIBU-SYSTEMS AG, a German corporation, WIBU-SYSTEMS USA, INC., a Washington corporation, and GRIFFIN TECHNOLOGIES LLC, a Kansas Limited Liability Company,<br><br>    Defendants. | Case No. C 05-3661 WHA<br><br>**STIPULATED REQUEST RE: DEADLINE FOR AMENDING COMPLAINT OR ADDING PARTIES** |

---

Stipulated Request Re:  Deadline to Amend
or Add Parties                                                        Case No. C 05-3661 WHA

On February 9, 2006, the parties held a further Settlement Conference before Magistrate Judge Joseph C. Spero. Pursuant to an order entered that day into the record by Judge Spero, Plaintiffs and Defendants reached a binding agreement to settle this case. The parties formalized the settlement in writing on February 10, 2006. On the record before Judge Spero, the parties agreed to postpone outstanding discovery due February 9 and 10, and to seek an extension of the deadline of February 13, 2006 by three court days to amend pleadings or add parties. Notwithstanding the written settlement, Plaintiffs request, and Defendants do not object, to a three-day postponement of the deadline to seek leave to add new parties or amend the pleadings from Monday, February 13 to Thursday, February 16, 2006.

Dated: February 13, 2006  GLOBAL LAW GROUP

By: \_\_\_\_/s/ Gregory J. Yu_____
Gregory J. Yu, Esq.

Attorney for Plaintiffs
Andrew Pickholtz and 353 Patent LLC

Dated: February 13, 2006  MORGAN, LEWIS & BOCKIUS

By: \_\_\_\_/s/ John V. Gorman_____
John V. Gorman

Attorney for Defendants WIBU-Systems AG, WIBU-Systems USA, Inc., and Griffin Technologies LLC Patent LLC

IT IS SO ORDERED.

APPROVED
Judge William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 14, 2006  _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE