UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW PICKHOLTZ, an individual residing in California, and 353 PATENT LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>WIBU-SYSTEMS AG, a German corporation, WIBU-SYSTEMS USA, INC., a Washington corporation, and GRIFFIN TECHNOLOGIES LLC, a Kansas Limited Liability Company,<br><br>Defendants. | Case No. C 05-3661 WHA<br><br>[~~DEFENDANTS' PROPOSED~~] ORDER MODIFYING JANUARY 31, 2006 ORDER |

This cause coming on the request of plaintiffs Andrew Pickholtz and 353 Patent LLC to modify this Court's January 31, 2006 Order, and the Court, having considered written submissions and having conducted oral argument on February 27, 2006, hereby rules that paragraph 3 of the Court's January 31, 2006 Order is replaced with the following paragraph:

    3.    Plaintiff Andrew Pickholtz, his counsel, agents, and representatives, may not contact Defendants' customers regarding U.S. Patent No. 4,593,353 and/or this action without first obtaining leave of Court or consent of Defendants. Neither Plaintiff Andrew Pickholtz, his counsel, agents or representatives nor Plaintiff 353 Patent LLC's counsel shall disclose the identities of Defendants' customers to Plaintiff 353 Patent LLC without first obtaining leave of Court or consent of Defendants.

**IT IS SO ORDERED.**

Dated: March 1, 2006

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE