Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs
    ANDREW PICKHOLTZ
    and 353 PATENT LLC

Andrew Pickholtz (State Bar No. 145585)
1464 Church Street
San Francisco, CA   94131
Telephone: (415) 206-0112
E-mail:  andrew [at] pickholtz [dot] com

Attorney for Plaintiff
    ANDREW PICKHOLTZ

John V. Gorman, Esq. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-5157
Facsimile:  (215) 963-5000
E-mail:  jgorman@morganlewis.com
Attorneys for Defendants WIBU-Systems AG, WIBU-Systems USA, Inc., and Griffin Technologies LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW PICKHOLTZ, an individual residing in California, and 353 PATENT LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>WIBU-SYSTEMS AG, a German corporation, WIBU-SYSTEMS USA, INC., a Washington corporation, and GRIFFIN TECHNOLOGIES LLC, a Kansas Limited Liability Company,<br><br>    Defendants. | Case No. C 05-3661 WHA<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

It is hereby stipulated, by and between counsel for the parties that this action and all of the claims set forth therein have been settled and are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall bear their own costs. The parties request that the Court, and the Court shall, retain jurisdiction over the parties for purposes of enforcing the settlement of this case and associated agreements among the parties only until October 31, 2007.

Dated: March 1, 2006                GLOBAL LAW GROUP

By:    /s/ Gregory J. Yu
       Gregory J. Yu, Esq.

Attorney for Plaintiffs
    Andrew Pickholtz and 353 Patent LLC

Dated: March 1, 2006                MORGAN, LEWIS & BOCKIUS

By:    /s/ John V. Gorman
       John V. Gorman

Attorney for Defendants WIBU-Systems AG, WIBU-Systems USA, Inc., and Griffin Technologies LLC

IT IS SO ORDERED.

March 1, 2006                    _____
                                 WILLIAM H. ALSUP
                                 UNITED STATES DISTRICT JUDGE

(APPROVED — Judge William H. Alsup, United States District Court, Northern District of California)